UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

BRITTANY HEATH KILLINS,  CASE NO. 21-00642-5-DMW
 CHAPTER 13
DEBTOR

**DEBTOR'S VERIFIED MOTION TO EXTEND AUTOMATIC STAY**

Now comes the Debtor, by and through counsel, and moves this court to order, under 11 U.S.C. § 362(c)(3), that the full protections of the automatic stay be extended in this case until terminated under 11 U.S.C. § 362(c)(1) or (2), or until further order of the court. In support of this motion, the Debtor shows the court as follows:

1. The Debtor filed the above-captioned case on March 22, 2021

2. On January 21, 2021 the Debtor filed a prior chapter 13 case bearing the assigned Case No. 21-00122-5-DMW in the Eastern District of North Carolina. The court dismissed that case on March 8, 2021. The dismissal of the prior case was because of the following (*mark all that apply*):

   ✔ Debtor or Debtor's immediate family incurred significant medical issues and expenses;
   ☐ Debtor lost job/ had hours reduced/had wages reduced;
   ☐ Debtor incurred a significant expense on primary residence;
   ☐ Debtor incurred a significant expense on primary vehicle;
   ☐ Debtor was owed money by a third party (such as child support, alimony, worker's compensation) and was not paid (*if so, list source of money* *);
   ☐ Debtor incurred a significant expense related to a dependent (*if so, provide details*): *
   ☐ Other *

3. The Debtor's circumstances have substantially changed because (*mark all that apply*):

   ☐ Debtor now has new income in the form of additional work hours, an additional job, additional wages from previous job, and/or a new job. Provide details: *
   ☐ Debtor now has new income in the form of monetary assistance from a third party individual (*provide details*): *
   ✔ Debtor now has new income in the form of monetary assistance from a third party organization (*provide details*): * Debtor is now receiving unemployment compensation.
   ☐ Debtor now has more available income in the form of reduced expenses (*provide details*): *

✔    Other: * While debtor incurred some medical issues and expenses, the debtor believes those are behind her now.

4. As required by E.D.N.C. LBR 4001-1 (d)(1), this motion (*mark appropriate box*)

✔    is filed within five (5) days of the petition date
☐    is NOT filed within five (5) days of the petition date.

5. The Debtor has demonstrated by clear and convincing evidence that the current case is filed in good faith. The Debtor's circumstances have substantially changed so that the reason for dismissal in the prior case is not likely to recur and this case can be completed.

Wherefore, the Debtor prays for the court to enter an order extending the automatic stay as to all creditors until it would terminate under 11 U.S.C. §§ 362(c)(1) or (2), or until further order of the court, and for such further relief as the court deems just and appropriate.

Dated: March 25, 2021

/s/Travis Sasser
Travis Sasser
Attorney for Debtor
Sasser Law Firm
2000 Regency Parkway, Suite 230
Cary, NC 27518
NC Bar No. 26707
Tel: 919.319.7400
Fax: 919.657.7400
Email: travis@sasserbankruptcy.com

## DECLARATION

Under penalty of perjury, I, **Brittany Heath Killins,** hereby certify that I have personal knowledge of all the information contained in the pleading above and all information is true and accurate, to the best of my knowledge.

_(Signed)_
**Brittany Heath Killins,**

Sworn and subscribed to me this the 25th day of March, 2021

_____
Notary Public

*[Notary Seal: Andrew J. Bazan, Notary Public, Wake County, N.C.]*

**END OF DOCUMENT**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

BRITTANY HEATH KILLINS,           CASE NO. 21-00642-5-DMW
                                                       CHAPTER 13

     DEBTOR

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that a Motion to Continue Automatic Stay has been filed by the debtor. A copy of the motion accompanies this notice.

TAKE NOTICE FURTHER that pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of North Carolina, you have fourteen (14) days from the date of this Notice of Motion to file a responsive pleading to the attached Motion. If a response is filed, a hearing on this motion will be heard at the United States Bankruptcy Court, Eastern District of North Carolina, Raleigh Division located at the Century Station Federal Building, 300 Fayetteville Street, Raleigh, North Carolina 27601 in **the 3rd Floor Courtroom starting at 10:00am on April 14th.** You must file your response with the Clerk, United States Bankruptcy Court, Post Office Box 791, Raleigh, NC 27602 with a copy to the undersigned. Any such responsive pleading must contain a request for a hearing if, indeed, you wish to be heard by the Court. Unless a hearing is specifically requested in a responsive pleading, the attached Motion may be determined and final Orders entered by the court without a hearing.

Dated: March 25, 2021

/s/ Travis Sasser
Travis Sasser
Attorney for Debtor
State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com

## CERTIFICATE OF SERVICE

The foregoing debtor's Motion to be served on the following parties, by mailing a copy by depositing it in the United States Mail, by First Class Mail, in a properly addressed envelope with adequate postage thereon.

*ALL PARTIES ON THE ATTACHED MAILING MATRIX*

Dated: March 25, 2021

/s/ Travis Sasser
Travis Sasser
Attorney for Debtor
State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

AIS Portfolio Services, LP
Attn: Managing Agent/Bankruptcy
4515 North Santa Fe Avenue
Oklahoma City, OK 73118-7901

Ally Financial
Attn: Managing Agent
PO Box 130424
Roseville, MN 55113-0004

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One
Attn: Managing Agent/Bankruptcy
Post Office Box 30285
Salt Lake City, UT 84130-0285

Credit One Bank NA
Attn: Managing Officer
Post Office Box 98875
Las Vegas, NV 89193-8875

Creditors Collection Service
Attn: Managing Agent
Post Office Box 21504
Roanoke, VA 24018-0152

Fellowship Health Resources
Attn: Managing Agent
5509 Creedmoor Rd
Raleigh, NC 27612-6312

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Nelnet/US Department of Education 1
Attn: Managing Agent/Bankruptcy
121 S 13th Street, Suite 201
Lincoln, NE 68508-1911

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Raleigh Pathology Laboratory Assoc.
Attn: Managing Agent/Bankruptcy
Post Office Box 600142
Greenville, SC 29609-6142

Raleigh Radiology
Attn: Managing Agent/Bankruptcy
3200 Blue Ridge Road, Suite 100
Raleigh, NC 27612-8087

Rex Healthcare
Attn: Patient Financial Services
4420 Lake Boone Trail
Raleigh, NC 27607-7505

SYNCB/Amazon
Attn: Managing Agent/Bankruptcy
Post Office Box 965015
Orlando, FL 32896-5015

SYNCB/PayPal Credit Services
Attn: Managing Agent/Bankruptcy
Post Office Box 960080
Orlando, FL 32896-0080

U.S. Department of Education c/o Nelnet
121 S 13th St, Suite 201
Lincoln, NE 68508-1911

UNC Health Care
Attn: Managing Agent
211 Friday Center Drive, Ste2015
Chapel Hill, NC 27517-9499

Wake Emergency Physicians
Attn: Managing Agent/Bankruptcy
PO Box 890053
Charlotte, NC 28289-0053

Brittany Heath Killins
100 Northbrook Drive
Apartment 201
Raleigh, NC 27609-7075

John F. Logan
Office Of The Chapter 13 Trustee
PO Box 61039
Raleigh, NC 27661-1039